# COMPOSITE EXHIBIT A



| | | |
|---|---|---|
| 2110 First Street, Suite 3-137<br>Fort Myers, Florida 33901<br>239/461-2200<br>239/461-2219 (Fax) | **U.S. Department of Justice**<br>*United States Attorney*<br>*Middle District of Florida* | 300 N. Hogan Street, Room 700<br>Jacksonville, Florida 32202<br>904/301-6300<br>904/301-6310 (Fax) |
| 35 SE 1st Avenue, Suite 300<br>Ocala, Florida 34471<br>352/547-3600<br>352/547-3623 (Fax) | | 400 West Washington Street, Suite 3100<br>Orlando, Florida 32801<br>407/648-7500<br>407/648-7643 (Fax) |

**Main Office**
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

Reply to:  **Tampa**

July 25, 2022

Carlton E. Hooker, Jr.
2678 N McMullen Booth Rd Apt. #8111
Clearwater, FL 33761

    Re: <u>Carlton E. Hooker, Jr., v. Department of Veterans Affairs</u>
        Case No.:  8:22-cv-0956-CEH-MRM

Dear Mr. Hooker,

    Enclosed please find a CD with electronic files from the Department of Veterans Affairs responsive to your FOIA request(s) in the above captioned matter.

    Sincerely,

    ROGER B. HANDBERG
    United States Attorney

    By: <u>/ *Lacy R. Harwell, Jr.*</u>
        LACY R. HARWELL, JR.
        Assistant United States Attorney

Encl.: CD



300 N. Hogan Street, Room 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

**Department of Justice**
**United States Attorney**
**Middle District of Florida**

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Main Office
North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

August 5, 2022

Carlton E. Hooker, Jr.
2678 N McMullen Booth Rd Apt. #8111
Clearwater, FL 33761

    Re: Carlton E. Hooker, Jr., v. Department of Veterans Affairs
       Case No.: 8:22-cv-0956-CEH-MRM

Dear Mr. Hooker,

    Enclosed please find a CD with electronic files from the Department of Veterans Affairs responsive to your FOIA request(s) in the above captioned matter.

    Sincerely,

    ROGER B. HANDBERG
    United States Attorney

    By: */ Lacy R. Harwell, Jr.*
    LACY R. HARWELL, JR.
    Assistant United States Attorney

Encl.: CD